**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC[1] | ) | Case No. 26-35975 |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |
| | ) | **Jeffrey P. Norman** |

# DEBTOR'S EMERGENCY MOTION FOR AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

**THE DEBTOR HAS REQUESTED EMERGENCY CONSIDERATION OF THIS MOTION. ACCORDINGLY, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED; IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED AND IF THE COURT CONSIDERS THIS MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN TWENTY-ONE (21) DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF, OR IF YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

DET Dallas Clinics, LLC ("DET") and its affiliate, TREND Physicians Group, Inc., as debtors and debtors in possession (collectively, the "Debtors" and individually a "Debtor") respectfully state as follows in support of this motion (the "Motion").

## Jurisdiction and Venue

[1] The last four digits of each Debtor's federal tax identification number is 2390 the location of Debtor's principal place of business and service address is 1911 Bagby, Houston, Texas, 77002.

1. The United State Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Debtors confirm their consent to the entry of a final order by the Court.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for relief requested herein is section 342(c) of title 11 of the United States Code (the "Bankruptcy Code"), rules 1015(b) and 2002(n) of the Bankruptcy Rules (the "Bankruptcy Rules"), and rules 1015-1 and 9013-1 of the Bankruptcy Local Rules (the "Bankruptcy Local Rules").

**Case Background**

4. On August 14, 2026 (the "Petition Date"), the Debtors filed emergency voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). No trustees or examiners have been appointed in these Chapter 11 Cases.

5. The Debtors continue to manage their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a)and 1108.

6. The Debtors request that the Chapter 11 Cases be jointly administered as the operations of Debtors are closely intertwined and the Debtors share creditors in common. TREND Physicians Group, Inc. is a wholly owned subsidiary of DET Dallas Clinics, LLC.

**Relief Requested**

7. Bankruptcy Rule 1015(b) provides that "[i]f... two or more petitions are pending in the same court by or against it. . . (2) a partnership and one or more of its general partners, or (3) two or more general partners, or (4) a debtor and an affiliate, the court may order a joint administration of the estates." The Debtor entities that commenced the Chapter 11 Cases are "affiliates" as defined in section 101(2) of the Bankruptcy Code. Accordingly, the Bankruptcy

Code and the Bankruptcy Rules authorizes the Court to grant the relief requested in this Motion. Bankruptcy Local Rule 1015-1 further provides for the joint administration of the related chapter 11 cases.

8. Joint administration of the Chapter 11 Cases will promote judicial economy without harming the substantive rights of any party in interest. The entry of an order directing joint administration of the Chapter 11 Cases will reduce fees and costs by avoiding duplicative pleadings and filings. Further, joint administration of the Chapter 11 Cases will allow parties in interest and the United States Trustee to monitor the Chapter 11 Cases with greater efficiency. The Debtors seek joint administration and not substantive consolidation, so the Debtors' respective constituencies will not be adversely affected. Parties in interest will benefit from joint administration of the Chapter 11 Cases due to the cost reductions related to administration of these Chapter 11 Cases.

9. The Debtors request that the Court maintain one file and one docket for all of the jointly administered cases under the case of Parramatta and that the cases be administered under a consolidated caption (the "Consolidated Caption") as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC *et al.*[1] | ) | Case No. 26-35976 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Jeffrey P. Norman** |

10. Additionally, the Debtors request that a docket entry, substantially similar to the following, be entered in the docket of the TREND Physicians Group, Inc. to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: DET Dallas Clinics, LLC No. 26-35976_ and TREND Physicians Group Case No. 26-35976. *All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 26-35975.*

11. The Debtors request emergency consideration of the Motion as the Debtors anticipate on filing their first day motions and for all relief and believes it is in the best interest of the Debtors' estate to consolidate the pleadings into one docket versus filing duplicative pleadings in each of the Debtor cases as the relief requested will impact each Debtor due to their creditors.

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested in this Motion and for all other relief to which they may be entitled.

[Space Left Intentionally Blank]

Dated: August 14, 2026

Respectfully submitted,

**TRAN SINGH LLP**

*/s/ Susan Tran Adams*
Susan Tran Adams (SBN: 24075648)
stran@ts-llp.com
Brendon Singh (SBN: 24075646)
bsingh@ts-llp.com
2502 La Branch Street
Houston, Texas 77004
Telephone: (832) 975-7300
Facsimile: (832) 975-7301

*Proposed Counsel for the Debtors and Debtors in Possession*

**Certificate of Accuracy**

I hereby certify the contents of the foregoing Motion are true and accurate to the best of my knowledge.

*/s/ Susan Tran Adams*
Susan Tran Adams

**Certificate of Service**

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to those requesting electronic notice and via U.S. First Class Mail to the parties on the attached service list on August 14, 2026.

*/s/ Susan Tran Adams*
Susan Tran Adams