**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-35975** |
| **DET DALLAS CLINICS, LLC, *et al.*** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned cases:

**TOM A. HOWLEY**
**700 LOUISIANA ST., STE. 4545**
**HOUSTON, TX 77002**
**Email:** tom@howley-law.com
**Phone: 713-333-9125**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: August 21, 2026

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on August 21, 2026.

By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

**By mail to debtor:**
**DET Dallas Clinics, LLC**
1911 Bagby Street
Houston, TX 77002