**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET DALLAS CLINICS, LLC, ET AL[1] | ) | Case No. 26-35975 (JPN) |
| | ) | |
| Debtors. | ) | |

**STIPULATION AND AGREED ORDER REGARDING**
**REMOVAL OF SUBCHAPTER V DESIGNATION**

This Stipulation and Agreed Order (the "Stipulation") is entered into by and between (a) DET Dallas Clinics, LLC and TREND Physicians Group, Inc. (collectively the "Debtors"); and (b) the United States Trustee (the "U.S. Trustee," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, on August 14, 2026, DET Dallas Clinics, LLC filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, proceeding under Subchapter V;

WHEREAS, on August 14, 2026, TREND Physicians Group, Inc. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, proceeding under Subchapter V;

WHEREAS, on August 19, 2026, DET Dallas Clinics, LLC filed an Amended Petition [Docket No. 7], electing to no longer proceed under Subchapter V;

WHEREAS, on August 19, 2026, TREND Physicians Groups, Inc. filed an Amended Petition [Docket No. 8], electing to no longer proceed under Subchapter V;

WHEREAS, on August 21, 2026, Thomas A. Howley was appointed as the Chapter 11 Subchapter V Trustee as to the Debtors' cases (the "Chapter 11 Cases");

[1] The Chapter 11 Debtors in this jointly administered case are DET Dallas Clinics, LLC and TREND Physicians Group, Inc.

WHEREAS, on August 24, 2026, the Court entered an Order for Joint Administration as to the Chapter 11 Cases, ordering that the above-referenced cases be jointly administered. *See* Docket No. 10.

WHEREAS, the Parties agree that as a result of the Amended Petitions, the Subchapter V designations should be removed from the Chapter 11 Cases; and

WHEREAS, the Parties further agree that Thomas A. Howley, the Subchapter V Trustee, should be discharged as a Chapter 11 Subchapter V trustee as the appointment is no longer appropriate given the removal of the cases' Subchapter V designations.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED as follows:

1. The Subchapter V designation is removed from the jointly administered Chapter 11 Cases.

2. Thomas A. Howley is discharged as Subchapter V Trustee in the jointly administered Chapter 11 Cases.

3. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

4. The Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: ______________, 2026

THE HONORABLE JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

Stipulated and agreed by:

Dated: September 9, 2026

**TRAN SINGH LLP**

/s/ *Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
Marissa Ellison | TBN: 24147778
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Email: stran@ts-llp.com
*Counsel for Debtors*

**UNITED STATES TRUSTEE**

/s/ *C. Ross Travis*
Christopher Ross Travis
Office of the U.S. Trustee
515 Rusk Ave.
Suite 3516
Houston, Texas 77002
Tel: (202) 603-5225
Email: C.Ross.Travis@usdoj.gov