**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC *et al.*[1] | ) | Case No. 26-35975 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Jeffrey P. Norman** |

## DEBTORS' WITNESS AND EXHIBIT LIST

| **WITNESSES:** | |
|---|---|
| Jonathan Curth, Debtor representative | Judge: Jeffery P. Norman |
| Rebecca Warfield, TREND Physicians Group, Inc. Secretary | Hearing Date: September 15, 2026<br>Hearing Time: 9:30 a.m. (Prevailing Central Time) |
| | Party's Name: DET Dallas Clinics, LLC *et al.* |
| | Attorney for the Debtor: Susan Tran Adams |
| | Nature of Proceeding(s):<br>Motion for Relief from Stay to continue State Court Litigation [Docket No. 13] |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Motion for Leave to Conduct Depositions | | | | |
| 2 | Agreed Motion for Continuance | | | | |
| 3 | Defendants' Motion to Exclude | | | | |
| 4 | Third Amended Answer Counterclaim and Request for Injunctive Relief | | | | |
| 5 | Plaintiffs' Second Amended Petition | | | | |
| 6 | Asset Purchase Contribution Agreement | | | | |

[1] The last four digits of federal tax identification number is DET Dallas Clinics, LLC is 2390 and TREND Physicians Group, Inc. is 9520. The location of Debtors' principal place of business and service address is 1911 Bagby, Houston, Texas, 77002.

| | | | | | |
|---|---|---|---|---|---|
| 7 | Enterprise Bank Demand | | | | |
| 8 | Loan Security Agreement | | | | |
| 9 | Promissory Note 7.4m | | | | |
| 10 | Promissory Note | | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, the parties requesting electronic notice were served via CM/ECF.

Dated: September 11, 2026

**TRAN SINGH LLP**

By: */s/Susan Tran Adams*

Susan Tran Adams| TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

*Proposed Counsel for Debtors and Debtors in Possession*