ENTERPRISE BANK & TRUST

May 17, 2024

**VIA FEDERAL EXPRESS AND E-MAIL**
TED Ventures, LLC
621 Highlander,
Midlothian, Texas 76065
Attention: Derek Gove

**Re: Loan Maturity**

Dear Mr. Gove:

As you are aware, TED VENTURES, LLC, a Texas limited liability company ("**TED**"), TREND MEDICAL MANAGEMENT, LLC, a Texas limited liability company ("**Trend**"), TREND PHYSICIANS GROUP, INC., a Texas corporation ("**TPG**"), PMST MANAGEMENT GROUP, LLC, a Texas limited liability company ("**PMST**"), PERFORMANCE MEDICINE & SPORTS THERAPY PLLC, a Texas professional limited liability company ("**PM&ST**"), NORTH TEXAS PERFORMANCE CHIROPRACTIC LLC, a Texas limited liability company ("**NTPC**"), TRITIN MEDICAL DISTRIBUTION, LLC, a Texas limited liability company ("**TMD**"), U&ME PHARMACY, LLC, a Texas limited liability company ("**U&ME**"), SOUTHERN STAR PHARMACY 002, LLC, a Texas limited liability company ("**SSP**"), HEALTHMARK PHARMACY, LLC, a Texas limited liability company ("**HP**"), PHARMACY EXPRESS, LLC, a Texas limited liability company ("**PE**" and together with TED, Trend, TPG, PMST, PM&ST, NTPC, TMD, U&ME, SSP, and HP, the "**Borrower**") and Enterprise Bank & Trust, a Missouri chartered trust company ("**Lender**") are parties to that certain Loan and Security Agreement dated February 10, 2023, (as amended by a First Modification and Extension Agreement dated March 11, 2024, and as further amended, modified and/or restated from time to time the "**Loan Agreement**"). In connection with the Loan Agreement, Borrower has executed in favor of Lender a Revolving Line of Credit Note dated February 10, 2023 in the original principal amount of $2,250,000 (as further amended, modified and/or restated from time to time, the "**RLOC Note**") evidencing a revolving line of credit ("**RLOC**") and a Promissory Note dated February 10, 2023 in the original principal amount of $7,400,000 (as further amended, modified and/or restated from time to time, the "**Term Note**", and together with the RLOC Note, the "**Notes**") evidencing a fully funded term loan (the "**Term Loan,**" and together with the RLOC, the "**Loans**"). Lender has also extended to Borrower certain financial accommodations based upon information provided by Borrower in that certain Business Credit Card Application dated January 20, 2023, executed by Austin and Gove (as defined below) acting on behalf of TED (the "**Credit Card Documents**").

As additional security for the Notes, Derek J. Gove, an individual ("**Gove**"), Trey W. Austin, an individual ("**Austin**"), and Enrique A. Stowhas, an individual ("**Stowhas**", and together with Gove and Austin, the "**Pledgors**" and each a "**Pledgor")** each executed and delivered to Lender a Pledge Agreement dated February 10, 2023 (each a "**Pledge Agreement**" and together the "**Pledge Agreements**") pledging each Pledgor's equity interests in TED to Lender.

The Loan Agreement, Notes, Pledge Agreements and Credit Card Documents, together with all agreements, contracts, and documents related thereto are the "**Loan Documents**". Capitalized terms not otherwise defined herein will have the meaning given to them in the applicable Loan Documents.

Gove, Austin, and Stowhas (each a "**Guarantor**" and collectively, the "**Guarantors**") have each executed and delivered to Lender an Unlimited Guaranty (as amended, modified and/or restated from time

to time, each a "**Guaranty**" and collectively, the "**Guaranties**") pursuant to which each Guarantor unconditionally guarantees Borrower's payment and performance under the Loan Documents.

This is to advise you that the RLOC Note matured and became immediately due and payable in full on April 10, 2024. As of today's date, the RLOC Note remains unpaid (the "**Maturity Default**"). The Maturity Default constitutes an Event of Default under the Loan Documents. As a result of the Maturity Default, Lender is entitled to exercise its default remedies under the Loan Documents, including without limitation acceleration of the Notes and foreclosure against all collateral for the Loans.

This will constitute notice of Lender's demand for the immediate payment in full of all amounts due and outstanding under the Loan Documents, including, without limitation, attorneys' fees incurred in connection with enforcement of the Loan Documents and the collection of the amounts due to Lender, all to the fullest extent permitted under the Loan Documents. The total amount due to Lender includes principal and interest as of May 17, 2024 in the amount of $9,648,733.01, plus any late fees, reimbursable costs and expenses (the "**Demand Amount**"). The Demand Amount is subject to adjustment for additional advances, credit card usage, interest, legal costs and other appraisal and collection costs incurred by Lender through the date that all obligations are paid in full. Lender hereby reserves its right to exercise any or all remedies available to it at law or in equity at any time in its sole discretion without further notice to Borrower and without the necessity of an additional or continuing Event of Default.

There may be Events of Default under the Loan Documents in addition to the Maturity Default. Lender hereby expressly reserves all rights and remedies in connection with any such other defaults and/or Events of Default, and expressly does not waive the Maturity Default or any other defaults and/or Events of Default which have existed, may now exist or which hereafter exist.

The Loan Documents remain in full force and effect in accordance with their terms. Nothing in this letter, any other correspondence, any oral communications between the Lender and the Borrower, or the making of any advance to the Borrower under the Loan Documents may be construed as a waiver, modification or release of any breach, default and/or Event of Default whether now existing or hereafter arising, or any of the Lender's rights and remedies under the Loan Agreement or other Loan Documents.

We are represented by Chris Fisher at Bryan Cave Leighton Paisner LLP (816-374-3283 - chris.fisher@bclplaw.com). Please provide his contact information to your counsel.

Very truly yours,



Bart Hamlin
Vice President, Resolution Management Group

cc: Christopher J. Fisher, Esq. (via e-mail)
Maddie Kroll, Esq. (via e-mail)