
Atul Lucky Chopra
Zoo Capital Holdings, LLC
DET Dallas Clinics, LLC formerly AD Dallas Clinics LLC
TREND Physicians Group, Inc.
Cognizant Management Solutions, LLC
Advanced Diagnostic Health System, LLC
Texas Brain Center, LLC
Chopra Imaging Centers, LLC
Diagnostic, Interventional, and Vascular Consultants, LLC
AD Hospital East, LLC
River Oaks Hospital & Clinics , LLC
Advanced Houston Specialty Hospital, LLC
Advanced Dallas Hospital& Clinics, LLC
Advanced Surgeons & Physicians Network, Inc
Care Capital, LLC
Care Capital SPE, LLC


Payrolls
Cognizant Management Solutions, LLC
River Oaks Hospital & Clinics , LLC
Advanced Houston Specialty Hospital, LLC
Advanced Dallas Hospital& Clinics, LLC
AD Hospital East, LLC
Care Captial, LLC
Paycom payroll service
Cognizant Management Employee
River Oaks Hospital & Clinics Employee
Advanced Houston Specialty Hospital Employee
Advanced Dallas Hospital& Clinics Employee
AD Hospital East Employee
Care Captial Employee