ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

*Here's To Your Health™*



**2024 Restructure**

# Holding Company Structure

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM




*Delaware, Nevada, Wyoming, or Offshore that does not disclose ownership

2

# Healthcare Silo Structure






# Real Estate Silo Structure



# Hospitality Silo Structure




5

# Investment Silo Structure




6

# Other Entities (to be classified or terminated)

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

- Advanced Diagnostics BA JV, LLC
- Advanced Diagnostics Management, LLP
- Management AD Hospital East, LLC
- L. Chopra, M.D., PA
- Zoo Equity Company, LLC
- Interventional Practice Associates, PLLC
- Covia Health, LLC
- Landmark Houston Hospitality Group, LLC
- Zoo Interest, LP
- Resolutions Holdings, LLC
- The Republic Tavern & Music Hall, LLC
- Austin/Elgin Whitehouse, LLC
- Zoo Management, LLC
- AD RE Aloha, LLC
- Culture Map Partners II, LLC
- Advanced Diagnostics Hospital & Clinics, LLC
- Texas Brain Center Professional Services, PLLC
- Community Health 1st ER, LLC
- Victory Medical Center Houston, LP
- Herman Drive Surgical Hospital
- 51Fifteen, LLC
- Republic Pain and Anesthesia Consultants, PLLC
- LH2G Construction, LLC
- LH2G Holdings, LLC
- Opal Global Ventures, LLC
  - Arbitra Capital Partners, LLC
- Walnut Hills Hospital Management Company
- Spine Orthopedics & Pain Surgical Partners, LLC



ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

# *Current Structure*

# Top Level Company Structure

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






# Top Level Company Structure (Cont'd)

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



# Healthcare Silo Structure

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






# Hospitality Silo Structure

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



## Real Estate Silo Structure

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM






ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

*Pre-Requisites*

# Pre-Requisite: Legal Document Clean Up

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

| Summary | | | | | |
|---|---|---|---|---|---|
| Entites | Number of Entities | Certificates of Formation | Operating Agreements | Organizational Meeting Minutes | Appointment of Officers |
| Active | 65 | 62 | 43 | 0 | 0 |
| Inactive | 3 | 2 | 0 | 0 | 0 |
| Forfeited | 3 | 0 | 0 | 0 | 0 |
| | | | | | |
| | | | | | |
| Missing Docs | N/A | 7 | 28 | 71 | 71 |



ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

*Healthcare Restructuring*

## Step 1: Distribute Zoo Real Estate Holdings, LLC






## Step 1: Distribute CareCapital, LLC



## Step 2: Form Blockers

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






## Step 3: Liquidate Unnecessary Entities

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



## Step 4: Form CareCapital Prime, LLC

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






## Step 5: Distribute Hospitals from under AD Hospital East, LLC

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



## Step 6: Contribute to Blockers

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM






ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

*Real Estate Restructuring*

## Step 1: Form Blocker








## Step 2: Contribute Real Estate Holding Companies to Zoo Real Estate Holdings, LLC





## Step 3: Contribute Zoo Real Estate Holdings, LLC to Blocker

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM






ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

# *Hospitality Restructuring*

## Step 1: Distribute Landmark Hospitality Group, LLC from Zoo Interests, LP

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






## Step 2: Contribute Restaurant Entities to Landmark Hospitality Group, LLC

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



## Step 3: Form Blocker

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






## Step 4: Contribute Landmark Hospitality Group, LLC to Blocker

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM



ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM

# Investment Restructuring

## Step 1: Form Investments Holding, LLC

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM

Investments Holding, LLC

## Step 2: Contribute Investments to Investments Holding, LLC






## Step 3: Form Blocker



# Step 4: Contribute Investments Holding, LLC to Blocker

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM






ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

*Holding Company Restructuring*

## Step 1: Form Fund, General Partner, & Portfolio Manager

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM






## Step 2: Contribute Blocker Entities

ADVANCED DIAGNOSTICS HEALTHCARE SYSTEM

