United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-35975** |
| **DET DALLAS CLINICS, LLC** | § | |
| **and** | § | |
| **TREND PHYSICIANS GROUP, INC.,** | § | |
| **Debtors.** | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

**ORDER LIFTING STAY (ECF NO. 13)**

Hearing was held on September 15, 2026. The Court made an oral ruling on the record. For the reasons so stated the automatic stay is lifted to allow the Movants, TED Ventures LLC and Trend Medical Management, LLC to liquidate all claims in the removed state court litigation, originally pending in the 162 Judicial District Court of Dallas County[1] before a court of competent jurisdiction.

The stay is lifted only to liquidate claim amounts between the movants, the debtors and non-debtor third parties in the litigation by trial. Further actions against the debtor shall require further order from this Court.

**SO ORDERED**.

SIGNED 09/15/2026

Jeffrey Norman
United States Bankruptcy Judge

[1] This litigation has been removed to Federal Court in the Northern District of Texas and may be subject to remand.