**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC *et al.*[1] | ) | Case No. 26-35975 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Jeffrey P. Norman** |

**DEBTORS' RESPONSE TO AMENDED MOTION TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

DET Dallas Clinics, LLC and its affiliate TREND Physicians Group, Inc., Debtors and Debtors in Possession, (the "Debtors"), in these jointly administered cases, respond to the Amended Motion to Transfer Venue to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Motion") filed by TED Ventures, LLC and Trend Medical Management, LLC (the "Movants") in opposition:

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted to the extent the Debtors list their principal place of business at 1911 Bagby Street, Houston, Texas but the remainder of the paragraph is denied.

3. Paragraph 3 is denied as TREND Physicians Group, Inc. ("Trend") is still currently operating.

4. Paragraph 4 is denied.

5. Paragraph 5 is admitted.

6. Paragraph 6 is admitted.

[1] The last four digits of federal tax identification number is DET Dallas Clinics, LLC is 2390 and TREND Physicians Group, Inc. is 9520. The location of Debtors' principal place of business and service address is 1911 Bagby, Houston, Texas, 77002.

7. Paragraph 7 is admitted.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied as the Debtor's corporate representatives, Lucky Chopra, Walker Robertson, and Rebecca Warfield reside in the Houston area. Additionally, Ryan Reneau resides in New Braunfels (Comal County), Texas.

11. The Debtors lack the requisite information to admit or deny Paragraph 11.

12. The Debtors lack the requisite information to admit or deny Paragraph 12.

13. Paragraph 13 is denied.

14. Paragraph 14 does not require a response.

15. Paragraph 15 does not require a response.

16. Paragraph 16 does not require a response.

17. Paragraph 17 does not require a response.

18. Paragraph 18 is denied.

19. Paragraph 19 is denied as the Debtor Trend is currently operating, has two employees and maintains a bank account.

20. Paragraph 20 is denied as the Debtors and their representatives are located in the Southern District of Texas.

21. Paragraph 21 is denied.

22. Paragraph 22 does not require a response.

23. Paragraph 23 is denied.

**Debtors' Response**

24. On August 14, 2026 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). On the Debtors' voluntary petitions, the Debtors identified 1911 Bagby Street, Houston, Texas as their principal places of business[2]. On August 24, 2026, the Court entered its order directing the joint administration of the Chapter 11 Cases. *See* Docket No. 10. The Debtors continue to operate their business and manage estates as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

25. TREND Physicians Group, Inc. ("Trend") is a physicians practice group which is currently operating with one physician and wholly owned by its parent DET Dallas Clinics, LLC ("DET"). The Debtors filed their schedules, statement of financial affairs, and other disclosures on August 28, 2026 [Docket Nos. 22 and 23].

26. On or about December 12, 2024, DET, formerly known as AD Dallas Clinics, LLC, together with its affiliate, Zoo Capital Holdings, LLC, entered into an asset purchase agreement (the "APA") with TED Ventures, LLC and TREND Medical Management, LLC for the purchase of Trend, among other assets. As a result of disagreements between the sellers and purchasers regarding the sale, TED Ventures, LLC and TREND Medical Management, LLC (collectively the "TED Parties") filed a lawsuit against the Debtors and its affiliates in the 162nd Judicial District of Dallas County, Texas styled *TED Ventures LLC, TREND Medical Management, LLC, Derek Gove, Trey Austin, NS Enrique Stowhas v. Lucky Chopra, Ryan Reneau, Zoo Capital Holdings, LLC, AD Dallas Clinics, LLC, and TREND Physicians Group, Inc.*, cause no. DC-25-05848 (the "TED

[2] *See* Docket Nos. 1 & 7(Case Number 26-35975) and Docket Nos. 1 & 8 (Case Number 26-35976)

Litigation"). The Debtors and co-defendants in the TED Litigation asserted counterclaims against the TED Parties breach of contract, breach of employment agreements, breach of fiduciary duty, fraud, and conversion.

27. Venue is proper in the United States Bankruptcy Court for the Southern District of Texas. Venue for a bankruptcy case is generally proper in the federal district in which the debtor has its domicile, residence, principal place of business, or principal assets. 28 U.S.C. § 1408. Movant seeks to move the Chapter 11 Cases because its principals and counsel are located in the United States District Court for the Northern District of Texas.

28. Section 1412 of the United States Code allows this Court to "transfer a case or proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties." 28 U.S.C. § 1412. A party requesting transfer under § 1412 shoulders the burden to show by a preponderance of the evidence that a transfer of venue is warranted. *See, e.g. In re Enron Corp.*, 274 B.R. 327, 342 (Bankr. S.D.N.Y. 2002). In evaluating a § 1412 transfer analysis, a "debtor's choice of forum is entitled to great weight if venue is proper. *See id.* at 342. Movant does not contest the validity of the venue of the Debtors' proceedings[3] and the Debtors' have identified 1911 Bagby Street, Houston, Texas as their principal place of business on their petitions and for notices through the Texas Secretary of State. The Registered Agent for the Debtors is Marcos Lopez who is also identified at 1911 Bagby Street, Houston, Texas.

29. In determining whether cases should be transferred under § 1412, Courts have considered several factors. *In re Commonwealth Oil Refining Co.,* 596 F.2d 1239 (5th Cir. 1979). The following factors relevant to the case based upon the factors in *In re Commonwealth* are:

a. Proximity of creditors of every kind to the Court;

---

[3] *See* ¶1 of the Motion.

b. Proximity of the debtor to the Court

c. Proximity of witnesses necessary to the administration of the estate

d. Location of assets

e. Economic administration of the estate

A. **Proximity of Creditors**

30. A majority of the Debtors' trade creditors are not located in the Southern District of Texas, however, a majority of the Debtor's creditors are likewise not located within the Northern District of Texas. The Debtor DET's secured creditor, Vynture Capital, is located in Scottsdale, Arizona and below is a summary of Trend's unsecured creditors and their location:

| **Creditor** | **Location** |
|---|---|
| AdvanceMd | Seattle, WA |
| Air Supply of North Texas | Dallas, TX |
| Allergan USA, Inc. | Chicago, IL |
| A-Sign Company | Dallas, TX |
| Atmos Energy | Cincinnati, OH |
| Atomic Energy Industrial Lab | Houston, TX |
| Biomedix | Eagan, MN |
| BoardCertified | Trappe, PA |
| Caregenix Management Inc. | Rosemont, IL |
| Clinical Pathology Laboratories – Dallas | Austin, TX |
| Clinical Pathology Laboratories – Denton | Austin, TX |
| Clinical Pathology Laboratories – Plano | Austin, TX |
| Dallas County Tax Payment | Dallas, TX |

| | |
|---|---|
| Derek Gove | Dallas, TX |
| Enrique Stowhas | Dallas, TX |
| Epionce | Boise, ID |
| Hired Hands Inc. | Hurst, TX |
| Hurst Office Investments, LLC | Brentwood, TN |
| Internal Revenue Service | Philadelphia, PA |
| Jan-Pro Denton | Carollton, TX |
| Last Name Roth Media, LLC | Midlothian, TX |
| McKesson Specialty Care Dist – Plan | Chicago, IL |
| Medline Industries, Inc. | Dallas, TX |
| Office Machines – Dallas | Dallas, TX |
| Office Machines – Denton | Dallas, TX |
| Old American Construction | Frisco, TX |
| OnPoint Allergy Service, LLC | Universal City, TX |
| Southridge Village Shopping Center, L.P. | Lewisville, TX |
| Spectrum Business | Stamford, CT |
| SpectrumVoIP | Stamford, CT |
| Stericycle | Chicago, IL |
| TED Ventures | Midlothian, TX |
| Texas Medical Board | Austin, TX |
| Trend Medical Management, LLC | Dallas, TX |
| Trey Austin | Dallas, TX |
| Ves International Texas | Dallas, TX |

| | |
|---|---|
| Wol+Med SW Dallas, LP | Lewisville, TX |

While the TED Parties are located in the Northern District of Texas, several of the Debtors' trade creditors are located in the Western District of Texas with other creditors being located in Chicago, Illinois. The Debtors believe with the creditors' ability to participate remotely in the meeting of creditors and other hearings conducted by the Court, creditors that are located outside of the Southern District of Texas will not be prejudiced with the Chapter 11 Cases remaining in the Southern District of Texas.

B. **Proximity of the Debtor to the Court and Witnesses Necessary for the Administration of the Court**

31. The Debtors' principal places of business are located in the Southern District of Texas and its corporate representatives are located in the Southern District of Texas. Walker Robertson, Vice President for DET, is located in Houston, Texas, Rebecca Warfield, secretary for Trend, is located in Houston, Texas, and Lucky Chopra, corporate representative for the Debtors, is located in Houston, Texas. These individuals identified are witnesses vital to the administration of the Debtors' estates and these individuals reside in the Southern District of Texas.

C. **Location of Assets**

32. The Debtors maintain their books and records in 1911 Bagby, Houston, Texas and likewise, their tangible assets are located in Houston, Texas.

D. **Economic Administration of the Estates**

33. DET is a holding company and parent company of Trend and does not have operations. While Trend is currently operating, it is operating with one physician and one nurse practitioner. Due to the Debtors' limited operations, the estates' funds are limited and not likely able to fund a transfer of these Chapter 11 Cases to the Northern District of Texas. The Debtors'

corporate representatives are located in the Southern District of Texas and if these Chapter 11 Cases are transferred to the Northern District of Texas or other district, the Debtors would not have the funds necessary for the reimbursement for travel for its corporate representatives.

34. Additionally, the Movants' argue that transfer of the Chapter 11 cases should occur given the removal and anticipated remand of the TED Litigation to the 162nd District Court of Dallas County, Texas. To bolster the Movants' position, they argue that the case is all but complete except for trial. The Movants cannot simultaneously represent to the Court that the case is ready for trial while pursuing additional discovery and depositions through its 2004 Motion. The Debtors' have filed a motion to transfer venue of the removed matter to the Southern District of Texas. The Debtors believe that this Court is the appropriate forum to continue the litigation of the claims asserted by the Movants against the Debtors and the Debtors' claims against the Movants as such proceedings are core matters and additional information regarding the claims and counterclaims is needed by both the Movants and the Debtors.

WHEREFORE, the Debtors request that such relief requested by the Movants be denied.

Dated: September 17, 2026

**TRAN SINGH LLP**

By: */s/Brendon Singh*
Brendon Singh | TBN: 24075646
Susan Tran Adams | TBN: 24075648
2502 La Branch St
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email:bsingh@ts-llp.com

*Proposed Counsel for Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the following parties below and attached largest 20 unsecured creditors were served a true and correct copy of the foregoing response via First Class Mail, facsimile, or electronic notice and parties requesting notice were served via CM/ECF.

*/s/Brendon Singh*
Brendon Singh

**VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE**

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the response was delivered to the United States Trustee on September 17, 2026, by electronic delivery by the clerk of the Bankruptcy Court.

*/s/Brendon Singh*
Brendon Singh